IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROLAND SCOTT WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 2:07cv699-WC |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

Pending before the Court is Defendant's unopposed Motion for Extension of Time to File Brief (Doc. #15). Upon consideration of the Motion, it is

ORDERED that the Motion (Doc. #15) is GRANTED. Defendant's brief is now due **on or before 13 February 2008**.

Done this 11th day of January, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE