IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROLAND SCOTT WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 2:07cv699-WC |
| ) | |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON MOTION**

Pending before the Court is Defendant's unopposed Second Motion for Extension of Time to File Brief (Doc. # 17). Upon consideration of the Motion, it is

ORDERED that the Motion (Doc. #17) is GRANTED. Defendant's brief is now due **on or before March 14, 2008**.

Done this 13th day of February, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE